**DISMISS; and Opinion Filed April 5, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01420-CV

**ROBERT ZELLER AND ANDREW ZELLER, Appellants**
**V.**
**CPG SAVANAH DEVELOPMENT, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05649-B**

## MEMORANDUM OPINION

Before Justices Brown, Schenck, and Pedersen, III
Opinion by Justice Brown

The clerk's record in this case is past due. By letter dated January 17, 2019, we informed appellants the clerk's record had not been filed because appellants had not paid for the clerk's record. We directed appellants to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellants had been found entitled to proceed without payment of costs within ten days. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. That notice was returned as undeliverable. To date, appellants have not provided the required documentation, updated their address, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


                                    /Ada Brown/
                                    ADA BROWN
                                    JUSTICE



181420F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ROBERT ZELLER AND ANDREW
ZELLER, Appellants

No. 05-18-01420-CV     V.

CPG SAVANAH DEVELOPMENT,
Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-18-05649-B.
Opinion delivered by Justice Brown.
Justices Schenck and Pedersen, III
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee CPG SAVANAH DEVELOPMENT recover its costs of this appeal from appellantsROBERT ZELLER AND ANDREW ZELLER.

Judgment entered this 5th day of April, 2019.